ESTELLE F. GREENBERG, PLAINTIFF-RESPONDENT, v. ANTHONY C. MARTINI, CITY CLERK, OF THE CITY OF PASSAIC DEFENDANT-APPELLANT, AND ROBERT HARE, FRED KUREN, JOHN SALEK AND MARGIE SEMLER, INTERVENORS-APPELLANTS.

Argued May 28, 1975—Decided May 28, 1975.

*Mr. Joseph F. Scancarella* argued the cause for defendant-appellant (*Mr. Leonard M. Bitterman,* attorney).

*Mr. Marvin A. Stern* argued the cause for intervenors-appellants.

*Mr. Howard Stern* argued the cause for plaintiff-respondent (*Messrs. Shavick, Stern, Schotz, Steiger and Croland,* attorneys).

PER CURIAM. The motion for direct certification is granted, and the judgment of the Superior Court, Law Division, is affirmed substantially for the reasons expressed by Judge Joelson.

*For affirmance*—Chief Justice HUGHES, Justices MOUNTAIN, SULLIVAN, PASHMAN, CLIFFORD and SCHREIBER and Judge CONFORD—7.

*For reversal*—None.